No. 97–9528.  BURG v. RAVEN, KIRSCHNER & NORELL, P. C. Ct. App. Ariz.  Certiorari denied.

No. 97–9529.  ASHIEGBU v. KIM ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–9530.  CHITTY v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 97–9531.  CLARK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9532.  SWINTON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 97–9533.  JOYNER v. TAYLOR, DEPUTY SHERIFF, SHELBY COUNTY, TENNESSEE, ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 97–9534.  BOWES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–9535.  CORNEJO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–9536.  BONEV v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–9537.  MOCKS v. MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–9538.  LYLES v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 97–9539.  MYERS v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 97–9540.  ROBINSON v. HENDERSON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–9541.  PENDER v. UNION COUNTY, NEW JERSEY, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 97–9542.  SPENCER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.